Melissa Cain, Esq.
3080 S. Durango Ste 103
Las Vegas, NV 89117
(702) 485-3800
Fax (702) 586-9461
Cainlawgroup@gmail.com

e-filed: 10/16/09

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

In Re,

JESUS ROMERO

   Debtor(s)

) Case No: BK-9-27799
) Chapter 13
)
) NOTICE OF HEARING ON DEBTORS'
) MOTION TO AVOID LIEN AND MODIFY
) RIGHTS OF SECOND MORTGAGE
)
) Hearing Date:  November 19, 2009
) Hearing Time:  2:30 PM
)

NOTICE IS HEREBY GIVEN that a Motion to Avoid Lien and Modify Rights Of Debtors' Second Mortgage was filed on October 14, 2009, by Melissa Cain, Attorney for the Debtor. The Motion seeks the following relief: To avoid the lien and modify the rights of second mortgage, HSBC. Any opposition must be filed pursuant to Local Rule 9014 ( d ) ( 1 ).

NOTICE IS FURTHER GIVEN that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion NO LATER THAN 15 DAYS after the date of this Notice. If the hearing date has been set on less than 15 days' notice, then the opposition must be filed and served NO LATER THAN 5 BUSINESS DAYS before the hearing.  The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014 ( c ).

If you object to the relief requested, you must file a WRITTEN response to this pleading with the court.  You MUST also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The Court may refuse to allow you to speak at the scheduled

    hearing; and

- The Court may rule against you without formally calling the

    matter at the hearing.

NOTICE IS FURTHER GIVEN that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building,

300 Las Vegas Boulevard South, Third Floor, Bankruptcy Courtroom No. 2, Las

Vegas, Nevada 89101, on November 19, 2009, at the hour of 2:30 PM.

Dated this 14th day of October, 2009.


Submitted by:



/S/  MELISSA CAIN, Esq_____

3080 S. Durango Dr.  Ste 103

Las Vegas, NV 89117