Entered on Docket
December 28, 2009

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

___

Melissa Cain, Esq.
Nevada Bar No. 10863
CAIN LAW GROUP
3080 S. Durango Ste #103
Las Vegas, NV 89117
Email: Cainlawgroup@gmail.com

Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| In Re, | ) Case No: BK-S-09-27799 |
| | ) Chapter 13 |
| JESUS ROMERO | ) |
| | ) Trustee: KATHLEEN LEAVITT |
| | ) |
| | ) Hearing Date: November 19, 2009 |
| Debtor(s) | ) Hearing Time: 2:30 p.m. |
| | ) |

### ORDER GRANTING DEBTOR'S MOTION TO AVOID LIEN AND MODIFY RIGHTS OF SECOND MORTGAGE HELD BY HSBC

This matter having come on for hearing on November 19, 2009, at 2:30 PM, counsel having appeared on behalf of the Debtor with proper notice having been given and no opposition having been filed or made;

/////

/////

1    Debtor's Motion to Avoid Lien and Modify Rights of Second Mortgage held by Hsbc in the
2 amount of $45, 596 is hereby granted.

3    It is hereby ordered that Hsbc's second lien be adjudicated as an unsecured lien and treated as
4 an unsecured claim; and

5    Further Ordered that Hsbc's second lien have no further force and effect as a secured lien
6 against Debtor's real property located at 76 Eagle Scout Way Henderson, NV 89012. In the event the
7 instant Chapter 13 is dismissed or converted to a Chapter 7 proceeding, this order shall be vacated.

8 DATED this 6th day of December, 2009.

10 APPROVED/DISAPPROVED

12 _____
13 KATHLEEN A. LEAVITT
   Chapter 13 Trustee

15 /s/ Melissa Cain
16 MELISSA CAIN, ESQ.
17 3080 S Durango Dr St3 103
18 Las Vegas, NV 89117

19 ALTERNATIVE METHOD RE RULE 9021:
20 In accordance with Local Rule 9021, counsel submitting this document certifies as follows:
21 ( )    The Court has waived the requirement of approval under LR 9021.
22 ( )    No parties appeared or filed written objections and there is no trustee appointed in this case.
23 ( X )   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any
24         unrepresented parties who appeared at the hearing and any trustee appointed in this case, each
25         has approved or disapproved the order, or failed to respond as indicated below:
              APPROVED:
26            DISAPPROVED:
27            FAILED TO RESPOND: